No. 86–6483. McHarris v. Spears, Warden, et al. C. A. 11th Cir. Certiorari denied.

No. 86–6484. Stallworth v. Detroit Board of Education et al. C. A. 6th Cir. Certiorari denied.

No. 86–6486. Smith v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–6488. Contreras v. United States. C. A. 2d Cir. Certiorari denied.

No. 86–6489. Mars v. Dugger, Secretary, Florida Department of Corrections, et al. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 86–6492. Holt v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 86–6493. Schlomann v. McSteen et al. C. A. 6th Cir. Certiorari denied.

No. 86–6494. Bewley v. Coleman. Sup. Ct. Okla. Certiorari denied.

No. 86–6495. Kimble v. Bunnell. C. A. 9th Cir. Certiorari denied.

No. 86–6518. Amaro v. United States. C. A. 7th Cir. Certiorari denied.

No. 86–6533. Madson v. Bowen, Secretary of Health and Human Services. C. A. 10th Cir. Certiorari denied.

No. 86–6534. McCoy v. Zimmerman, Superintendent, State Correctional Institution and Correctional Diagnostic and Classification Center at Graterford, et al. C. A. 3d Cir. Certiorari denied.

No. 86–6536. DeMarco v. Blackshear et al. C. A. 2d Cir. Certiorari denied.

No. 86–6540. Clarkson v. Internal Revenue Service et al. C. A. 11th Cir. Certiorari denied.